UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

PRINCETON MAYS,

                                               Plaintiff,

                  -against-

THE CITY OF NEW YORK, POLICE OFFICER MANUEL
ENCARNACION, tax #933766, POLICE OFFICER
STEPHEN HILLMAN, shield #22209, SERGEANT JOSEPH
MCKENNA, tax # 899573, POLICE OFFICER JOSEPH
MOROVICH, shield #10263,

                                               Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-03975 (WFK)(SMG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| The Law Firm of Richard J. Cardinale<br>*Attorneys for Plaintiff*<br>26 Court Street<br>Brooklyn, NY 11242<br>718-624-9391 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Encarnacion,*<br>*Hillman, McKenna and Morovich*<br>100 Church Street, Rm. 3-189<br>New York, New York 10007 |
| By: _____<br>Richard Cardinale<br>*Attorney for Plaintiff* | By: _____<br>Nicholas Melissinos<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. WILLIAM F. KUNTZ, II<br>UNITED STATES DISTRICT JUDGE |
| Dated: New York, New York<br>              _____, 2014 | |